3: 05 MJ 7116

FILED

NORTHERN DISTRICT OF OHIO - WESTERN DIVISION

TOLEDO, OHIO

05 JUN 21 PM 1:20

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

AFFIDAVIT

Your affiant, Charles R. Holloway, hereby states that I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past twenty-two years. The following information is either personally known by the affiant, or is information provided to the affiant by victims, witnesses, or other law enforcement officials.

At approximately 2:18 AM on June 13, 2005, a message was left on the answering machine at the Center For Choice, a reproductive health services provider, located at 328 22nd Street, Toledo, Ohio. The message, which was left by a male caller, stated, "You guys can die and burn in hell, cause I am Satan and I will kill you all. God is dead. Fuck abortion you son of a bitches". The Center For Choice reported the matter to the Toledo Police Department on June 15, 2005, and they subsequently reported the matter to the Federal Bureau of Investigation (FBI) on June 20, 2005.

The service provider for the Center For Choice is Buckeye Telecommunications Systems. On June 20, 2005, security personnel at Buckeye Telecommunications Systems searched their records for calls coming into the telephones utilized by the Center For Choice, and they located one call

1

3: 05 MJ 7116

which was received on line (419) 259-2640.  Personnel at the
Center For Choice advised that calls received on their 800
number are routed to the (419) 259-2640 number. After hours,
calls to the 800 number are recorded on the Center's
answering machine.

Buckeye Communications Systems security personnel
were able to trace the incoming call as having been placed
from telephone number (419) 637-3151.  It was established
that this is a Verizon North telephone number.

On June, 20, 2005, security personnel at Verizon
identified the subscriber to telephone number (419) 637-3151
as being Stephanie Ramirez, 735 South Main Street, Apartment
9, Gibsonburg, Ohio.

Investigation established that Stephanie Ramirez
actually resides at 739 South Main Street, Apartment. 9,
Gibsonburg, Ohio.  On June 20, 2005, Stephanie Ramirez was
interviewed at her residence, by the affiant, and Ramirez
confirmed that her telephone number is (419) 637-3151.

Ramirez advised that on the early morning of June
13, 2005, she was at home with some friends when two male
associates, Matt Homler and Tony Patino, came over to her
residence.  Homler and Patino were the only adult males at
her residence that morning.  While Homler and Patino were at
Ramirez' residence, she heard Patino make a prank telephone

3:05 MJ 7116

1   call and she took the telephone off of him.  Shortly
2   thereafter, she heard him making another call and she told
3   him to stop making calls from her telephone.  Ramirez
4   questioned Patino as to who he had just called and he said he
5   left a message on someone's answering machine.  Ramirez
6   indicated that she heard part of the message Patino left.
7   Ramirez was allowed to listen to a message that was left on
8   the answering machine at the Center For Choice on the morning
9   of June 13, 2005, and she indicated that the portion of the
10  message which stated "God is dead. Fuck abortion you son of a
11  bitches" is the same as the statement she heard Patino leave
12  on someone's answering machine on the morning of June 13,
13  2005.  Ramirez also advised that she recognized the voice on
14  the message as being that of Patino.  Ramirez indicated that
15  she has heard Patino make the statement "God is dead" on
16  numerous occasions.

17

18          On June 21, 2005, Matthew Homler was interviewed by
19  the affiant.  Homler confirmed that on the morning of June
20  13, 2005, he and Tony Patino were at Stephanie Ramirez'
21  residence in Gibsonburg, Ohio.  Homler indicated that Patino
22  was making prank telephone calls and he remembered that one
23  prank call that Patino attempted to make was to a friend of
24  their's in Texas, named Weddell (phonetic), however Weddell's
25  telephone would not accept blocked calls.  A tape containing
26  the message left on the answering machine at the Center For
27  Choice on the morning of June 13, 2005, was played for Homler
28  and he indicated that he did not make the call.  When asked

3

3:05 MJ 7116?

1  if he recognized the voice on the message, Homler stated that

2  "it might be Tony's". Homler indicated that he had been

3  drinking fairly heavy on the morning of June 13, 2005, and he

4  did not hear all of the calls Patino made.

5

6       Investigation by the affiant identified Tony Patino

7  as Luis A. Patino, Jr., also known as Tony Patino, Hispanic

8  male, date of birth ███████████ 1984, social security account

9  number ██████4855, residing at ████████████████████

10  Fremont, Ohio.

11

12       Based upon the above, the affiant believes there is

13  probable cause to show that Luis A. Patino, Jr., is the

14  person who made the threatening telephone call to the Center

15  For Choice, a reproductive health services provider, located

16  at 328 22nd Street, Toledo, Ohio, on June 13, 2005, in

17  violation of Title 18, U.S. Code, Section 248(a)(1).

18

19       Further affiant sayeth not.

20

21

22

23

24

25

26

27

28

4

1

_Charles R. Holloway_
Charles R. Holloway
2       Special Agent
        Federal Bureau of Investigation
3       Sandusky, Ohio

4

5       Subscribed and sworn to before me this _21st_ day of _June_,
        _2005_.

6

7

8       _Vernelis K. Armstrong_
        Vernelis K. Armstrong
9       U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28